# UNITED STATES DISTRICT COURT

First District of Nevada

Kenneth I. Delman

Plaintiff (s),

V.

David A. Delman

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-00301-GMN-CW

Notice is hereby given that, subject to approval by the court, __Kenneth I Delman__ substitutes
(Party (s) Name)

__Michael A. Olsen__, State Bar No. __6076__ as counsel of record in
(Name of New Attorney)

place of __David L. BIndrup and Katie Bindrup__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Blackrock Legal, LLC

Address: 10155 W. Twain Ave Suite 100. Las Vegas, NV 89147

Telephone: (702) 855-5658    Facsimile (702) 869-8243

E-Mail (Optional):

I consent to the above substitution.
Date: 3/20/19
(Signature of Party (s))

I consent to being substituted.
Date: 3/18/2019
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/15/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: March 21, 2019
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20th, 2019 the **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** was deposited in the U.S. Mail, postage prepaid, addressed to:

Lauren Dee Calvert
8945 W. Russell Road
Suite 300
Las Vegas, NV 89148

David Delman C/O
Michael Caleb Meyer
Messner Reeves LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148

Katie Bindrup
Matthew L. Johnson & Associates, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117

David L. Bindrup
10424 S. Eastern Ave., Ste 101
Henderson, NV 89052

Douglas Delman
802 Main St. Apt 23-B
Tom's River, NJ 08753

Dana N. Wynne
14 Brookeside Terrace
Verona, NJ 07044

Stephanie Bloom
40 Old Lancaster Rd.
Merion Station, PA 19066

Kelly Law Offices, LLC
Thomas Kelly III
3000 Atrium Way Suite 290
Mt. Laurel, NJ 08054

_____
An Employee of BLACKROCK LEGAL